# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARSCHILLA FORIEST,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-01567-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE |

Plaintiff Tarschilla Foriest filed this action on November 21, 2017. (ECF No. 1.) The summonses were issued on November 27, 2017. (ECF No. 5.) A scheduling order also issued on November 27, 2017. (ECF No. 6.) Pursuant to the scheduling order, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. (Id. at 1-2.) The scheduling order also advised Plaintiff that failures to comply with the order or the federal rules may result in the issuance of sanctions pursuant to Local Rule 110 of the Eastern District of California. (Id. at 4.)

More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within ten (10) days informing the Court of the status of service on Defendant in this action. Plaintiff is advised

1

that failure to comply with this order will result in a recommendation that this action be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated: __**December 26, 2017**__

UNITED STATES MAGISTRATE JUDGE