# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARSCHILLA FORIEST,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-01567-SAB<br><br>ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR SEPTEMBER 5, 2018, AND DIRECTING PLAINTIFF'S COUNSEL TO FILE A SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF THE MOTION TO WITHDRAW AS COUNSEL |

On July 23, 2018, Plaintiff's counsel filed a motion to withdraw as counsel of record in this action. The motion was served on Plaintiff, but did not set a date for the motion to be heard. Local Rule 230(b). Pursuant to Local Rule 230, the Court shall set the motion for hearing on September 5, 2018, at 10:00 a.m. in Courtroom 9. The Court will order Plaintiff to personally appear at the hearing and Plaintiff's counsel shall personally serve Plaintiff with a copy of this order and a copy of the motion to withdraw. If Plaintiff's counsel and Defendant's counsel wish to appear at the hearing telephonically, they may contact Courtroom Deputy Mamie Hernandez at (559) 499-5672 to obtain the teleconference number and pass code prior to the hearing.

Upon a review of Plaintiff's counsel's motion to withdraw and the attached declaration of Laura Krank, the Court finds that Plaintiff's counsel shall file a supplemental affidavit in support of the motion to withdraw. Local Rule 182(d) provides that "[t]he attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made

1

to notify the client of the motion to withdraw." L.R. 182(d). Ms. Krank's July 23, 2018 declaration does not state the current or last known address of Plaintiff and the efforts made to notify Plaintiff of the motion to withdraw.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel's motion to withdraw shall be set for hearing on September 5, 2018, at 10:00 a.m., in Courtroom 9;

2. Tarschilla Foriest SHALL APPEAR **at the Robert Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA on September 5, 2018, at 10:00 a.m. in Courtroom 9**;

3. Plaintiff's counsel shall personally serve a copy of this order and a copy of the motion to withdraw as counsel on Plaintiff and file proof of service on or before August 22, 2018;

4. Plaintiff's counsel shall file a supplemental affidavit in support of the motion to withdraw in compliance with Local Rule 182(d) on or before August 3, 2018; and

5. Plaintiff is forewarned that failure to appear at the September 5, 2018 hearing in compliance with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **July 25, 2018**

UNITED STATES MAGISTRATE JUDGE