# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARSCHILLA FORIEST,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-01567-SAB<br><br>ORDER REQUIRING LAURA KRANK TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH JULY 25, 2018 ORDER<br><br>(ECF No. 15)<br><br>FIVE DAY DEADLINE |

    Plaintiff Tarschilla Foriest filed this action on November 21, 2017. (ECF No. 1.) On July 23, 2018, Plaintiff's counsel, Laura Krank, filed a motion to withdraw as attorney of record due to a breakdown in communications with Plaintiff. (ECF No. 14.) On July 25, 2018, an order issued setting the motion for hearing and directing counsel to supplement her motion by August 3, 2018 by providing a declaration with the last known address for Plaintiff and the efforts that had been made to notify Plaintiff of the motion to withdraw. (ECF No. 14.) Counsel did not comply or otherwise respond by August 3, 2018. The July 23, 2018 order also required counsel to effect personal service of the motion to withdraw and order setting the hearing on Plaintiff and file proof of service on or before August 22, 2018. (Id.) Counsel has not filed a proof of service or otherwise responded to the order to personally serve Plaintiff.

    Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

1

Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that Laura Krank show cause in writing **within five (5) days** from the date of entry of this order why monetary sanctions should not issue for the failure to comply with the July 25, 2018 order.

IT IS SO ORDERED.

Dated: **August 23, 2018**

UNITED STATES MAGISTRATE JUDGE