# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARSCHILLA FORIEST,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-01567-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, VACATING ALL PENDING DATES AND MATTERS, AND DIRECTING CLERK OF COURT TO CLOSE THIS ACTION<br><br>(ECF Nos. 14, 16, 17, 18) |

Plaintiff Tarschilla Foriest filed this action on November 21, 2017. (ECF No. 1.) On July 23, 2018, Plaintiff's counsel filed a motion to withdraw as attorney in this action. (ECF No. 14.) On July 25, 2018, an order issued setting the motion for hearing and counsel was ordered to file supplemental briefing on or before August 3, 2018 and to file proof of service on or before August 22, 2018. (ECF No. 15.) On August 23, 2018, an order issued requiring Plaintiff to show cause why sanctions should not issue for the failure to comply with the July 25, 2018 order. (ECF No. 16.) On August 27, 2018, counsel filed a response to the order to show cause. (ECF No. 17.) On August 28, 2018, a stipulation to dismiss this action was filed. (ECF No. 18.)

The Court shall discharge the order to show cause based on Plaintiff's response. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without an award of costs or attorneys' fees.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on August 23, 2018 is DISCHARGED;
2. All pending dates and matters in this action are VACATED; and
3. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **August 28, 2018**

UNITED STATES MAGISTRATE JUDGE

2